UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | MAGISTRATE NO. 07-256 |
| v. | : | |
| | : | CRIMINAL NO. |
| HERBERT BASS, | : | |
| | : | VIOLATIONS: 21 U.S.C. § 841(a)(1) |
| Defendant. | : | and § 841(b)(1)(A)(iii) |
| | : | (Unlawful Possession with Intent to |
| | : | Distribute 50 Grams or More of Cocaine |
| | : | Base) |
| | : | |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about May 30, 2007, within the District of Columbia, **HERBERT BASS** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

(**Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii)).


JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

BY: _____
DAVID P. SAYBOLT
Virginia Bar
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W. Room 4840
Washington, D.C. 20530
(202) 307-6080
David.Saybolt@usdoj.gov