AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF __Columbia__

FILED

JAN - 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WAIVER OF INDICTMENT** |
| HERBERT BASS | |
| | CASE NUMBER: CR-07-351 |

I, __HERBERT BASS__, the above named defendant, who is accused of

__Unlawful possession with intent to distribute 50 grams or more of Cocaine base.__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __Jan 2, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Herbert S. Bass_
Defendant

_[signature]_
Counsel for Defendant

Before _Rosemary M Collyer_
Judicial Officer

2 Jan 2008