UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

HERBERT BASS

Criminal No. CR 07-351

**FILED**

JAN - 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his/her right to trial by jury.

*Herbert S. Bass*
Defendant

*[signature]*
Counsel for Defendant

**I consent:**

*[signature]*
Assistant United States Attorney

**APPROVED:**

*Rosemary M. Collyer*
ROSEMARY M. COLLYER
United States District Judge

Dated: 2 Jan 2008