UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-351 (RMC) |
| | : | |
| v. | : | |
| | : | **FILED** |
| HERBERT BASS, | : | JAN - 2 2008 |
| | : | NANCY MAYER WHITTINGTON, CLERK |
| Defendant. | : | U.S. DISTRICT COURT |

### FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the Defendant hereby submit the following in preparation for a plea hearing in the instant case:

I.  ELEMENTS OF THE OFFENSE:

The essential elements of the offense of Unlawful Possession with Intent to Distribute Fifty Grams or More of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A)(iii), each of which the Government must prove beyond a reasonable doubt, are:

1. That the Defendant possessed a controlled substance, which was fifty grams or more of cocaine base;

2. That the Defendant possessed the controlled substance knowingly and intentionally. This means consciously, voluntarily and on purpose, not mistakenly, accidentally or inadvertently; and

3. That when the defendant possessed the controlled substance, he had the specific intent to distribute it.

II.  COPY OF THE PLEA AGREEMENT:

A copy of the plea agreement is attached.

III.     PENALTIES:

Pursuant to 21 United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii), the crime of Unlawful Possession with Intent to Distribute Fifty Grams or More of Cocaine Base carries a penalty of a term of imprisonment of not less than ten (10) years or more than life, a fine of up to $4,000,000.00, or both, and a term of supervised release of at least five (5) years.

IV.     STATEMENT OF THE OFFENSE:

Had this matter proceeded to trial, the Government was prepared to prove beyond a reasonable doubt that on May 30, 2007, at about 8:50 a.m., agents of the Bureau of Alcohol, Tobacco Firearms and Explosives ("ATF") executed a search warrant at Defendant Herbert Bass's address. Inside, they found the defendant. Agents advised the defendant of his Miranda rights, and the defendant agreed to waive those rights and to speak with the agents. The defendant told the agents they would find a 9 millimeter pistol and ammunition in a drawer in his bedroom, and the defendant also admitted that the agents would find two or three more guns in his bedroom.

During the search, ATF agents recovered two small clear bags of cocaine base, two small clear bags of marijuana, drug packaging material, an electronic scale, U.S. currency, four handguns, including a Taurus 9 millimeter pistol, and ammunition from the defendant's bedroom. The agents also recovered a bag of cocaine base inside a boot located in a second bedroom, and multiple, loose chunks of cocaine base inside a toilet located on the first floor of the home. The cocaine base recovered from the defendant's bedroom, the boot and the toilet was examined by the Drug Enforcement Administration ("DEA") and determined to have a combined net weight of 125.7 grams. The marijuana recovered from the defendant's bedroom was also examined by the DEA and

determined to have a net weight of 3.5 grams.

During the execution of the search warrant, the defendant admitted that the drugs in his bedroom and in the first floor toilet belonged to him. The defendant also admitted that the firearms and ammunition found in his bedroom belonged to him, and he told the agents that he had tried to flush cocaine base down the first floor toilet when the agents attempted to enter the home.

The foregoing proffer is a summary of the Defendant's participation in the offense of Unlawful Possession with Intent to Distribute Fifty Grams or More of Cocaine Base, and is not intended to be a complete account of all facts and events related to the offense. The limited purpose of this factual proffer is to demonstrate that a factual basis exists to support the Defendant's guilty plea in this case.

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NO. 489-610

BY: _____
DAVID P. SAYBOLT
Assistant United States Attorney
Virginia Bar
U.S. Attorney's Office
555 Fourth Street NW, Room 4840
Washington, DC 20530
(202) 307-6080
David.Saybolt@usdoj.gov

## DEFENDANT'S ACCEPTANCE

I have read the Government's Proffer of Evidence setting forth the facts as to my Unlawful Possession with Intent to Distribute Fifty Grams or More of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A)(iii). I have discussed this proffer fully with my attorney, Grandison Hill, Esquire. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: Jan 1, 2008

_Herbert S. Bass_
HERBERT BASS
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read the government's proffer of evidence as to my client's Unlawful Possession with Intent to Distribute Fifty Grams or More of Cocaine Base. I have reviewed the entire proffer with my client and have discussed it with him fully. I acknowledge my client's agreement with and acceptance of this proffer.

Date: Jan 1, 2008

GRANDISON HILL
Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :
                            :   MAGISTRATE NO. 07-256
              v.            :
                            :   CRIMINAL NO.
HERBERT BASS,               :
                            :   VIOLATIONS: 21 U.S.C. § 841(a)(1)
         Defendant.         :   and § 841(b)(1)(A)(iii)
                            :   (Unlawful Possession with Intent to
                            :   Distribute 50 Grams or More of Cocaine
                            :   Base)
_____:

## INFORMATION

The United States Attorney charges that:

**FILED**

**JAN 0 2 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### COUNT ONE

On or about May 30, 2007, within the District of Columbia, **HERBERT BASS** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

(**Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii)).

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

BY: _____
DAVID P. SAYBOLT
Virginia Bar
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W. Room 4840
Washington, D.C. 20530
(202) 307-6080
David.Saybolt@usdoj.gov