UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    v.                                                  CRIMINAL NO. 07-351 (RMC)

HERBERT BASS,

        **Defendant.**

**DEFENDANTS' MEMORANDUM IN AID OF SENTENCING**

The Defendant, Herbert Bass, by and through his attorney Grandison E. Hill, Esq. submits the following in aid of sentencing.

1. Charges:

    On January 2, 2008, the Defendant, pursuant to a written plea agreement with the accompanying "Statement of Offense" admitted to a single violation to 21 U.S.C. Sec. 841 (a)(1) and (b)(1)(iii), i.e., Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base. The charges were the result of an executed search warrant on his residence at 641 Nicholson Street, N.E., Washington, D.C. on May 29, 2007 at approximately 8:50 am by the Bureau of Alcohol, Tobacco, Firearms and Explosives. Recovered at the time of the search was a 9 millimeter pistol and various other firearms, ammunition, a quantities of cocaine base in several locations with a combined net weight 125.7 grams and a quantity of marijuana with a net weight of 3.5 grams. The Defendant forthrightly admitted to the possession of all of the above items and informed the

agents of his efforts to dispose of some of those items that were recovered. Said statements were made after being read and waiving his <u>Miranda</u> rights.

2. <u>Sentencing Guidelines Calculation</u>;

The Defendant agrees with the Presentence Investigation Report's calculations that the guideline range for Mr. Bass is 108 to 135 months. See PRS P.49 and that with the mandatory minimum included, the effective Guideline rand is 120-135 months.

    a. Acceptance of Responsibility:

The Defendant has repeated step forward to accept responsibility for his conduct as will be discussed during the hearing. The government in moving this Court to grant a three level decrease understands and appreciates his candidness during the arrest and with the U.S. Probation Officer in preparing the Presentence Investigation Report.

3. <u>Defendant's Sentencing Request</u>:

The Defendant joins in the government's request for "a sentence at the lowest end of the Guidelines' range consistent with the statutory mandatory minimum" but we also ask the Court view carefully the defendant's conduct and the sentencing goals as listed in 18 U.S.C. 3553 (a): (1) the nature and circumstances of the offense and the history and characteristics of the defendant; (2) the need for the sentence imposed. Clearly Mr. Bass has demonstrated that he himself views this offense as extremely serious and his post-arrest actions demonstrate a respect for the law and the Court system. (3) An adequate

deterrence to criminal conduct?  This defendant is now approaching what would have been some of his most productive years of his life and now he faces a major set back at a time when a year of incarceration is more meaningful than ever.  Time lost at this stage of his life is particularly painful and costly.  The need to protect the community from such conduct is not lost on this individual, he, probably more than most, understands the high cost our community suffers from the drug involvement of our citizens.  His involvement clearly was the product of lost employment, a lack of education, and a sense of hopelessness for his future.  Incarceration will provide him with the vocational training he needs, it will provide the opportunity to strengthen his education background and all we ask is that this Courts' sentence will support and encourage but not destroy his hope for a productive future in our community.

Respectfully submitted,

_____
Grandison E. Hill, Esq.
D.C. Bar 213553
7600 Georgia Ave., N.W.,
Suite 203
Washington, D.C. 20012
(202) 483-8060
Fax: 202-588-1209