UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) ) ) ) ) ) v. ) HERBERT BASS ) ) ) ) Defendant. ) ) | Criminal Action No. 07-351 (RMC) **FILED** APR 1 4 2008 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

## ORDER

An initial Judgment and Commitment was issued in the case of *United States v. Bass* on March 13, 2008, under case number 07-cr-256 (RMC), which is not the appropriate case number. An amended Judgment and Commitment was issued in the case of *United States v. Bass* on April 10, 2008, under the proper case number, 07-cr-351.

NOW THEREFORE, it is ordered that the Judgment and Commitment issued in case number 07-cr-256 (RMC) on March 13, 2008, be and hereby is VACATED.

**SO ORDERED**.

/s/ Rosemary M. Collyer
ROSEMARY M. COLLYER
United States District Judge

DATE: April 11, 2008